Deborah A. HELLEBUSCH, Plaintiff/Appellant,

v.

CITY OF WENTZVILLE, Defendant/Respondent.

No. 66560.

Missouri Court of Appeals, Eastern District, Division One.

July 11, 1995.

Lawrence L. Pratt, St. Louis, for appellant.

Robert M. Wohler, O'Fallon, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and AHRENS, J.

*ORDER*

PER CURIAM.

Plaintiff, formerly a police dispatcher for the City of Wentzville, appeals from the circuit court's dismissal of her *"Petition For Review"* of the City's Board of Aldermen's imposition of a three-day suspension without pay and six-month work-probation. We af-

firm. No jurisprudential purpose would be served by a written opinion. Rule 84.16(b).